**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL BUXBAUM,

                       Plaintiff,                         25 **CIVIL** 527 (JPC)(OTW)

        -against-                                  **JUDGMENT**

ERIC GOLDSMITH,

                       Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 9, 2025, notwithstanding this waiver, the Court has conducted a de novo review of the Report and Recommendation, and finds it to be well founded. Construing the Report and Recommendation as recommending dismissal without prejudice for failure to prosecute, the Court has adopted the Report and Recommendation in its entirety. This action is dismissed without prejudice. Judgment is entered in favor of Defendant. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York
         December 9, 2025

                                        **TAMMI M. HELLWIG**
                                   _____
                                      **Clerk of Court**

                    **BY:**          K. mango
                                      _____
                                      **Deputy Clerk**